## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CAROLYN CULLEY-BROWN, an individual, | Civil Action No. 5:21-cv-00094-JPB |
| Plaintiff, | Hon. John Preston Bailey |
| v. | |
| AMERICAN PETROLEUM PARTNERS, LLC, n/k/a HIGH ROAD RESOURCES, LLC, a Delaware limited liability company; AMERICAN PETROLEUM PARTNERS OPERATING, LLC n/k/a HIGH ROAD OPERATING, LLC, a West Virginia limited liability company; and AMERICAN PETROLEUM PARTNERS HOLDINGS, LLC n/k/a/ HIGH ROAD RESOURCES HOLDINGS, LLC, a Delaware limited liability company, | |
| Defendants. | |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT AMERICAN PETROLEUM PARTNERS OPERATING, LLC'S PRODUCTION OF DOCUMENTS WITHOUT IMPROPER REDACTIONS AND FOR CASE EXTENSION

Pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, and the Agreed Protective Order (ECF 57), Plaintiff Carolyn Culley-Brown ("Plaintiff") respectfully moves the Court to compel Defendant American Petroleum Partners Operating LLC n/k/a High Road Operating LLC ("HRO") to produce relevant and responsive documents without improper unilateral redactions and for an extension of the case schedule to allow resolution of this discovery dispute. Plaintiff also moves the Court to levy sanctions against HRO for its abuse of the discovery process, including denial of any attempt by HRO to bring a dispositive motion against Plaintiff absent HRO's production of unredacted documents, and an award of reasonable expenses, including attorney's fees that Plaintiff was forced to incur as a result of HRO's conduct.

Plaintiff's counsel made a good faith effort to meet and confer with HRO's counsel to resolve this discovery dispute without court intervention, but the parties were unable to resolve the discovery dispute.

In support of this Motion, Plaintiff incorporates the Memorandum in Support, Affidavit of Phillip C. Hook, Esq., Affidavit of Joy D. Llaguno, Esq., the accompanying exhibits, Certificate of Compliance, and the [Proposed] Order filed concurrently herewith.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Order filed herewith and: (i) compel Defendant American Petroleum Partners Operating, LLC n/k/a High Road Operating, LLC to produce the responsive documents requested by Plaintiff (Exh. E filed herewith) and identified in HRO's Privilege Log as "confidential business information" (Exh. K filed herewith ) without redactions, (ii) extend the case schedule to allow for resolution of this Motion and HRO's production, (iii) levy discovery sanctions against HRO including denial of any dispositive motion brought against Plaintiff, and (iv) award the reasonable expenses and attorney's fees that Plaintiff incurred as a result of HRO's conduct.

Dated: June 3, 2022

Respectfully submitted,

*/s/ Joy D. Llaguno*
David C. Hook (WV I.D. No. 10490)
Joy D. Llaguno (WV I.D. No. 14170)
**HOOK & HOOK PLLC**
430 East Oakview Drive, Suite 101
Waynesburg, PA 15370
Phone: 724-802-7144
Fax:    724-802-7959

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, and notice will be sent the registered participants as

identified on the Notice of Electronic Filing.

*/s/ Joy D. Llaguno*
Joy D. Llaguno